

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR - 09-51M - |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | 18 U.S.C. § 3143(a) |
| JOHN REYNA, | ) | Allegations of Violations of |
| | ) | Probation/Supervised Release |
| Defendant. | ) | Conditions) |

On arrest warrant issued by the United States District Court for the S.D. of California involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

    A.  ( ✓ ) the appearance of defendant as required; and/or

    B.  (  ) the safety of any person or the community.

    The Court concludes:

    A.  ( ✓ ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

| | |
|---|---|
| 1 | B. (✓) Defendant is a flight risk because defendant has |
| 2 | not shown by clear and convincing evidence that: |
| 3 | _defendant's history of absconding_ |
| 4 | _from court supervision and_ |
| 5 | _prior flight to Mexico_ |
| 6 | |
| 7 | |
| 8 | IT IS ORDERED defendant be detained. |

DATED: 1/9/09

_____
U.S. MAGISTRATE/DISTRICT JUDGE